USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEONSIO BACAJ,

                                  Plaintiff,

           -against-

ALEJANDRO MAYORKAS, Secretary of the U.S.
Department of Homeland Security, sued in their
Official capacities, et al.,

                                  Defendants.
-----------------------------------------------------------------X

**23-CV-10423 (KHP)**

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation and Order of Dismissal filed on January 31, 2024 (doc. no 13) the Initial Case Management Conference currently scheduled for **March 5, 2024** is hereby adjourned *sine die*.

                            **SO ORDERED.**

DATED:      New York, New York
                 February 1, 2024

                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge